■ JOSEPH BONEPARTH, Respondent, v. TITAN INDUSTRIES, INC., Appellant, et al., Defendant.— Order denying partial summary judgment is unanimously affirmed without costs and without disbursements. The denial is approved on the ground that there are issues of fact to be resolved, including the authority of defendant's former president to employ the plaintiff and which representations, if any, were made to plaintiff by the then president of the defendant-appellant. Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PRINCE, JAMES BROWN, JOSEPH HENRY RATTI and DANIEL NEWSOME, Appellants.— Judgments of conviction unanimously affirmed. We are satisfied that on the record, the defendants were properly found guilty. Under the circumstances of this case the use of the photograph for identification was not prejudicial error. Concur — Stevens, P. J., Markewich, Nunez and Steuer, JJ.